Douglas G. Muehlhauser (SBN 179495)
doug.muehlhauser@knobbe.com
Mark Lezama (SBN 253479)
mark.lezama@knobbe.com
Alan G. Laquer (SBN 259257)
alan.laquer@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone:  949-760-0404
Facsimile:  949-760-9502

Attorneys for Plaintiff
NOMADIX, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOMADIX, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>HOSPITALITY CORE SERVICES LLC, d/b/a BLUEPRINT RF,<br><br>          Defendant. | Civil Action No. 2:14-CV-08256<br><br>**NOTICE OF RELATED CASES [LR 83-1.3.1]** |

Plaintiff Nomadix submits this Notice of Related Cases pursuant to Local Rule 83-1.3.1 to inform the Court that the present matter is related to *Nomadix, Inc. v. Hewlett-Packard Company et al.*, Case No. CV09-08441 DDP (VBKx) and *Nomadix, Inc. v. iBAHN General Holdings Corporation*, Case No. CV14-00322 DDP (VBKx), *Nomadix, Inc. v. Second Rule LLC*, Case No. CV07-01946 DDP (VBKx), and *Nomadix, Inc. v. SolutionInc Technologies Limited*, CV10-00381 DDP (VBKx). Each of these previously filed cases is currently pending or was pending in this district before the Honorable Dean D. Pregerson.

Nomadix believes these matters are related because they 1) call for determination of the same or substantially related or similar questions of law and fact, 2) involve some of the same patents, and 3) would entail substantial duplication of labor if heard by different judges.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: October 24, 2014       */s/ Douglas G. Muehlhauser*
Douglas G. Muehlhauser
Mark Lezama
Alan G. Laquer

Attorneys for Plaintiff
NOMADIX, INC.

19188267